| | | | |
|---|---|---|---|
| Com. v. Giordano [17] | 02/17/2016 | 676 MAL (2015) | Denied Pa.Super., 121 A.3d 998 |
| Com. v. Grant [18] .... | 02/08/2016 | 472 MAL (2015) | Denied Pa.Super., 120 A.3d 1058 |
| Com. v. Grimsley [19] | 02/08/2016 | 604 EAL (2015) | Denied Pa.Super., 133 A.3d 69 |
| Com. v. Herder [20] ... | 02/17/2016 | 573 EAL (2015) | Denied Pa.Super., 133 A.3d 70 |
| Com. v. Hickson [21] .. | 02/08/2016 | 873 MAL (2015) | Denied Pa.Super., 133 A.3d 78 |
| Com. v. Jessie [22] .... | 02/01/2016 | 406 EAL (2015) | Denied Pa.Super., 32 A.3d 256 |
| Com. v. Johnson [23] .. | 02/03/2016 | 661 MAL (2015) | Denied Pa.Super., 120 A.3d 367 |
| Com. v. Kelsey [24] ... | 02/01/2016 | 410 EAL (2015) | Denied Pa.Super., 122 A.3d 1141 |
| Com. v. Kemp [25] .... | 02/10/2016 | 690 MAL (2015) | Denied Pa.Super., 122 A.3d 1126 |

17. Justice EAKIN and Justice WECHT did not participate in the consideration or decision of this matter.

18. Justice EAKIN did not participate in the consideration or decision of this matter.

19. Justice EAKIN did not participate in the decision of this matter.

20. Justice EAKIN did not participate in the consideration or decision of this matter.

21. Justice EAKIN did not participate in the decision of this matter. Justice DONOHUE did not participate in the consideration or decision of this matter.

22. Justice EAKIN did not participate in the consideration or decision of this matter.

23. Justice EAKIN and WECHT did not participate in the consideration or decision of this matter.

24. Justice EAKIN did not participate in the consideration or decision of this matter.

25. Justice EAKIN did not participate in the consideration or decision of this matter.